O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORIE ARMSTRONG and AMY RODRIGUEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>RALPHS GROCERY COMPANY, an Ohio corporation,<br><br>    Defendant. | Case No. CV 14-04193 DDP (VBKx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>[Dkt. 17] |

    Presently before the court is Defendant Ralphs Grocery Company's Motion to Dismiss. Plaintiffs, represented by counsel, have not opposed the motion. Accordingly, the court GRANTS Defendant's Motion to Dismiss and adopts the following order.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to

1 file it within the deadline, may be deemed consent to the granting
2 or denial of the motion."  C.D. Cal. L.R. 7-12.
3      The hearing on Defendant's motion was noticed for January 5,
4 2015.  Plaintiffs' opposition was therefore due by December 15,
5 2014.  As of the date of this Order, Plaintiffs have not filed an
6 opposition or any other filing that could be construed as a request
7 for a continuance.  Accordingly, the court deems Plaintiffs'
8 failure to oppose as consent to granting the motion to dismiss, and
9 GRANTS the motion.  Plaintiff's Complaint is DISMISSED.

11 IT IS SO ORDERED.

14 Dated: December 30, 2014

           DEAN D. PREGERSON
           United States District Judge

2